IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBI LYNN FAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN KELLY, et al.,<br><br>    Defendants. | 4:21CV3326<br><br>**MEMORANDUM<br>AND ORDER** |

On January 3, 2022, the court ordered Plaintiff to update her address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated her address or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 3rd day of February 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge